# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAAZ QURESHI, individually and on behalf of others similarly situated**,<br>182 SCHOOL STREET<br>NORTHVALE, NJ 07647<br><br>*Plaintiff,*<br><br>v.<br><br>**AMERICAN UNIVERSITY**,<br>4400 Massachusetts Ave., NW<br>Washington, DC 20016<br><br>*Defendant.* | Case No. _____ |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Roy T. Willey, IV, Esq., *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Mr. Willey, filed herewith. This motion is supported and signed by Curtis A. Boykin, an active and sponsoring member in good standing of the Bar of this Court.

Dated: May 1, 2020

Respectfully submitted,

DOUGLAS & BOYKIN PLLC

/s/
Curtis A. Boykin, Esq., Bar No. 444120
Tram T. Pham, Esq., Bar No. 1034963
1850 M Street, NW, Ste. 640
Washington, DC 20036-5836
Phone: (202) 776-0370
Fax: (202) 776-0975
Email: caboykin@douglasboykin.com
         tpham@douglasboykin.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAAZ QURESHI, individually and on behalf of others similarly situated**,<br>182 SCHOOL STREET<br>NORTHVALE, NJ 07647<br><br>    *Plaintiff,*<br><br>v.<br><br>**AMERICAN UNIVERSITY**,<br>4400 Massachusetts Ave., NW<br>Washington, DC 20016<br><br>    *Defendant*. | Case No. _____ |

**DECLARATION OF ROY T. WILLEY, IV**
**IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE***

I, Roy T. Willey, IV, hereby declare:

1. My name, office address, and telephone number are as follows:

    Roy T. Willey, IV
    32 Ann Street
    Charleston, SC 29403
    (843) 614-8888
    roy@akimlawfirm.com

2. I have been admitted to the following courts and bars: South Carolina State Bar, U.S. District Court of South Carolina, U.S. District Court of Colorado, and 4th Circuit Court of Appeals.

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

6. I certify that I have not been disciplined by any bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Charleston, South Carolina, on this 1st day of May 2020.

Respectfully submitted,

**ANASTOPOULO LAW FIRM, LLC**

/s/ Roy T. Willey, IV

Roy T. Willey, Esq.
32 Ann Street
Charleston, SC 29403
(843) 614-8888
roy@akimlawfirm.com

ATTORNEY FOR PLAINTIFF(S)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAAZ QURESHI, individually and on behalf of others similarly situated**, <br> 182 SCHOOL STREET <br> NORTHVALE, NJ 07647 <br><br> *Plaintiff,* <br><br> v. <br><br> **AMERICAN UNIVERSITY**, <br> 4400 Massachusetts Ave., NW <br> Washington, DC 20016 <br><br> *Defendant.* | Case No. _____ |

### ORDER GRANTING THE MOTION FOR ADMISSION OF ATTORNEY ROY T. WILLEY, IV *PRO HAC VICE*

The Court has reviewed the Plaintiff's motion for admission of attorney Roy T. Willey, IV *pro hac vice*. Upon consideration of that motion, the Court grants attorney Roy T. Willey, IV's *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge