UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAAZ QURESHI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 1:20-cv-01141-CRC<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION OF ALAN E. SCHOENFELD PRO HAC VICE**

Pursuant to Local Rule 83.2(d), Danielle Y. Conley, a member of the bar of this Court and counsel for Defendant American University, hereby moves that Alan E. Schoenfeld be granted leave to appear and practice pro hac vice in these proceedings on behalf of American University.

In support of this motion, Danielle Y. Conley states as follows:

1. Mr. Schoenfeld's full name is Alan Evan Schoenfeld.

2. Mr. Schoenfeld is a licensed attorney practicing in the New York, NY office of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, telephone number 212-937-7294.

3. Mr. Schoenfeld is a member in good standing of the New York State Bar and the New Jersey State Bar.  He has been admitted to the U.S. Supreme Court, as well as the United States Courts of Appeals for the D.C. Circuit, First Circuit, Second Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit, Eleventh Circuit, and Federal Circuit.  He has also been admitted to the District Court for the Southern District of New York, the District Court for the Eastern District of New York, the District Court

for the Western District of New York, and the District Court for the District of New Jersey.

4.   Mr. Schoenfeld has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar.  He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5.   Mr. Schoenfeld has been admitted pro hac vice once in this Court in the previous two years.

6.   A declaration signed by Mr. Schoenfeld, certifying the foregoing information, is annexed hereto.

WHEREFORE, Danielle Y. Conley requests that Alan E. Schoenfeld be granted leave to appear and practice pro hac vice on behalf of American University in the above-captioned matter.

Dated: June 24, 2020

Respectfully submitted,

*/s/ Danielle Y. Conley*
Danielle Y. Conley (#503348)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6006
Email: danielle.conley@wilmerhale.com

*Attorney for Defendant American University*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of June, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords. The foregoing was also served on counsel lacking a CM/ECF password via the methods indicated below.

Dated: June 24, 2020

Respectfully submitted,

*/s/ Danielle Y. Conley*
Danielle Y. Conley (#503348)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6006
Email: danielle.conley@wilmerhale.com

*Attorney for Defendant American University*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAAZ QURESHI, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN UNIVERSITY,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No. 1:20-cv-01141-CRC<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ALAN E. SCHOENFELD

I, Alan E. Schoenfeld, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Danielle Y. Conley for my admission to practice pro hac vice in the above-captioned matter.

2. My full name is Alan Evan Schoenfeld. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007. My telephone number is 212-937-7294.

3. I am admitted to the New York State Bar and to the New Jersey State Bar and to the bar, as well as to the bars of the following courts:

- The U.S. Supreme Court;
- The U.S. Court of Appeals for the D.C. Circuit;
- The U.S. Court of Appeals for the First Circuit;
- The U.S. Court of Appeals for the Second Circuit;
- The U.S. Court of Appeals for the Third Circuit;
- The U.S. Court of Appeals for the Fourth Circuit;

- The U.S. Court of Appeals for the Fifth Circuit;

- The U.S. Court of Appeals for the Sixth Circuit;

- The U.S. Court of Appeals for the Seventh Circuit;

- The U.S. Court of Appeals for the Ninth Circuit;

- The U.S. Court of Appeals for the Tenth Circuit;

- The U.S. Court of Appeals for the Eleventh Circuit;

- The U.S. Court of Appeals for the Federal Circuit;

- The U.S. District Court for the Southern District of New York;

- The U.S. District Court for the Eastern District of New York;

- The U.S. District Court for the Western District of New York; and

- The U.S. District Court for the District of New Jersey.

4. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

5. I have been admitted pro hac vice to this Court once in the previous two years.

6. I am not a member of the District of Columbia bar.

7. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2020

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294

Email: alan.schoenfeld@wilmerhale.com

*Attorney for Defendant American University*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MAAZ QURESHI, individually and on behalf of others similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>AMERICAN UNIVERSITY,  )<br>Defendant.  ) | Civ. Action No. 1:20-cv-01141-CRC |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ALAN E. SCHOENFELD PRO HAC VICE**

This Court has reviewed the Motion for Admission of Attorney Alan E. Schoenfeld Pro Hac Vice.  Upon consideration of that motion, the Court grants attorney Alan E. Schoenfeld pro hac vice admission to this Court.

It is so ORDERED on this _____ day of _____, 2020.

_____
The Honorable Christopher R. Cooper
United States District Judge