## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAAZ QURESHI, MATTHEW RABINOWITZ, and DANISH ARIF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN UNIVERSITY,<br><br>Defendant. | Civ. Action No. 1:20-cv-01141-CRC<br>Civ. Action No. 1:20-cv-01454-CRC<br>Civ. Action No. 1:20-cv-01555-CRC |

## DEFENDANT'S TENTH NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant American University provides this notice of the decision in *Smith v. University of Pennsylvania*, No. 20-cv-2086 (E.D. Pa. April 20, 2021) (attached as Exhibit A), which dismissed the plaintiffs' breach of contract claim for tuition refunds against Penn after concluding that the parties' contract was devoid of any express, written promise to provide in-person instruction. Ex. A at 13, 17 (citing *Shaffer v. George Washington University*, No. 20-1145, 2021 WL 1124607, at *2 (D.D.C. Mar. 24, 2021)). The court explained that none of the plaintiffs' other cited materials evidenced a contractual obligation for Penn to provide in-person instruction. *Id.* Instead, those materials—including but not limited to admissions pages, "Life at Penn" materials, and invitations to visit campus—were simply "promotional and recruitment materials" that preceded contract formation. *Id.* at 13-14. It also reasoned that the university's express reservation of rights allowed the school to modify and/or cancel classes as needed, further foreclosing the plaintiffs' contract claim for tuition fees. *Id.* at 15-16. The court also dismissed the plaintiffs' quasi-contractual claims: Because a contract governed the parties'

1

relationship, the plaintiffs were precluded from separately asserting unjust enrichment and conversion claims against the school. *Id.* at 19-22.

Dated: April 26, 2021                                  Respectfully submitted,

                                                       */s/ Alan E. Schoenfeld*
                                                       Alan E. Schoenfeld ( #1725277)
                                                       WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                       7 World Trade Center
                                                       250 Greenwich Street
                                                       New York, NY 10007
                                                       (212) 937-7294
                                                       alan.schoenfeld@wilmerhale.com

                                                       Bruce M. Berman (#333948)
                                                       WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                       1875 Pennsylvania Avenue NW
                                                       Washington, DC 20006
                                                       (202) 663-6173
                                                       bruce.berman@wilmerhale.com

                                                       *Attorneys for Defendant American University*