**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **MAAZ QURESHI**, **MATTHEW RABINOWITZ**, and **DANISH ARIF**, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN UNIVERSITY**, <br><br> Defendant. |

Case Nos. 20-cv-1141 (CRC),
20-cv-1454 (CRC),
20-cv-1555 (CRC)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [27] Defendant's Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that the [26] Amended Complaint is **DISMISSED**.

This is a final, appealable Order.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  May 7, 2021