**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAAZ QURESHI, individually and on behalf of others similarly situated**, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 1:20cv-01141-CRC |
| **AMERICAN UNIVERSITY**, | ) ) ) | |
| *Defendant.* | ) ) | |

| | | |
|---|---|---|
| **MATTHEW RABINOWITZ, individually and on behalf of others similarly situated**, | ) ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 1:20-cv-01454-CRC |
| v. | ) ) | |
| **AMERICAN UNIVERSITY**, | ) ) ) | |
| *Defendant.* | ) | |

| | | |
|---|---|---|
| **DANISH ARIF, individually and on behalf of others similarly situated**, | ) ) ) | Case No. 1:20-cv-01555-CRC |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| **AMERICAN UNIVERSITY**, | ) ) ) | |
| *Defendant.* | ) ) ) | |

1

## NOTICE OF APPEAL

Notice is hereby given that Maaz Qureshi, Matthew Rabinowitz and Danish Arif, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for District of Columbia from: (1) the Order entered in this action on May 7, 2021 (ECF No. 41) granting Defendant's Motion to Dismiss and (2) the Memorandum Opinion entered in this action on May 7, 2021 (ECF No. 42) regarding the Order granting Defendant's Motion to Dismiss.

Dated: June 4, 2021                    Respectfully submitted,

**DOUGLAS & BOYKIN PLLC**

 /s/ Curtis A. Boykin
Curtis A. Boykin, Esq., Bar No. 444120
Frederick A. Douglas, Esq., Bar No. 197897
1850 M Street, NW, Suite 640
Washington, DC 20036-5836
Phone: (202) 776-0370
Fax: (202) 776-0975
Email: caboykin@douglasboykin.com
           fadouglas@douglasboykin.com

**ANASTOPOULO LAW FIRM, LLC**
Eric M. Poulin (admitted *pro hac vice)*
Roy T. Willey, IV (admitted *pro hac vice*)
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
eric@akimlawfirm.com
roy@akinlawfirm.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (*pro hac vice* app. forthcoming)
Sarah N. Westcot *(pro hac vice* app. forthcoming*)*
701 Brickell Avenue, Suite 1420

Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: scott@bursor.com
swestcot@bursor.com

**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer (admitted *pro hac vice*)
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
sultzerj@thesultzerlawgroup.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     By my signature below, I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the court's Electronic Case Filing System which will send notification to all counsel of record.

                         */s/ Curtis A. Boykin*
                         Cutis A. Boykin