IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAAZ QURESHI**, **MATTHEW RABINOWITZ**, and **DANISH ARIF**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN UNIVERSITY**,<br><br>Defendant. | Case Nos.  20-cv-1141 (CRC),<br>20-cv-1454 (CRC),<br>20-cv-1555 (CRC) |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 23(a) and Fed. R. Civ. P. 23(b), Plaintiffs Maaz Qureshi, Matthew Rabinowitz, and Danish Arif ("Plaintiffs"), hereby move this honorable Court to certify the following classes:

**Tuition Class:**

All undergraduate students enrolled in classes at American University during the Spring 2020 semester who paid tuition.

**Fees Class:**

All undergraduate students enrolled in classes at American University during the Spring 2020 semester who paid fees.

As explained in further detail in Plaintiffs' Memorandum of Law in Support of this Motion, Plaintiffs' claims readily satisfy the requirements for class certification. First, the proposed class is estimated to be approximately 8,000 undergraduate students, and therefore is so numerous that joinder of all its members is impracticable. Second, common issues of fact and law predominate the claims of each member of the proposed class, rooted in Defendant's systemic failure to provide students with refunds for the curtailment of in-person services for the

entire Spring 2020 semester that students contracted for. Among the plethora of common questions of law and fact, the main question is: Did Defendant and its students enter an implied contract for in-person services for the Spring 2020 semester? Third, the claims of the named Plaintiffs are typical of the claims of the proposed class; like the class members, Plaintiffs were students at American University during the Spring 2020 semester who were forced by American University to attend all of their Spring 2020 courses in an online format for approximately 50% of the Spring 2020 semester, despite enrolling and paying for in-person services. Furthermore, Plaintiffs, like proposed class members, have yet to receive a pro-rata refund for American University's unilateral decision to transition all in-person classes to an online and remote format. Fourth, Plaintiffs and their counsel will adequately represent the class and are ready to vigorously pursue the class's claims. Fifth, certification is appropriate under Rule 23(b) because the class has been subject to a common set of practices by Defendant.

Plaintiffs, therefore, respectfully move this honorable Court for an Order certifying the class, appointing them as class representatives, appointing their attorneys as class counsel, and permitting this matter to proceed as a class action under Rule 23.

An oral hearing is requested.

Date: April 17, 2023                                Respectfully Submitted,


                                                    */s/* Blake G. Abbott

                                                    **POULIN | WILLEY | ANASTOPOULO, LLC**
                                                    Paul Doolittle (*pro hac vice*)
                                                    Blake G. Abbott (*pro hac vice*)
                                                    Eric M. Poulin (*pro hac vice*)
                                                    Roy T. Willey, IV (*pro hac vice*)
                                                    32 Ann Street
                                                    Charleston, SC 29403

Tel: (843) 614-8888
Email: paul@akimlawfirm.com
blake@akimlawfirm.com
eric@akimlawfirm.com
roy@akimlawfirm.com

**LEEDS BROWN LAW, P.C.**
Michael Tompkins (*pro hac vice*)
One Old Country Road
Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
Email: Mtompkins@leedsbrownlaw.com

**BURSOR & FISHER, P.A.**
Sarah Westcot (*pro hac vice*)
701 Brickell Avenue, Suite 1420
Miami FL, 33131
Tel: (305)-330-5512
Email: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7103
Email: jarisohn@bursor.com

**DOUGLAS & BOYKIN PLLC**
Curtis A. Boykin
Frederick A. Douglas
1850 M Street NW
Suite 640
Washington, DC 20036
Tel: (202) 776-0370
Email: caboykin@douglasboykin.com
fadouglas@douglasboykin.com

*Attorneys for Plaintiffs and Proposed Classes*

3