## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAAZ QURESHI, MATTHEW
RABINOWITZ, DANISH ARIF et al.,
individually and on behalf of all others
similarly situated,

                Plaintiffs,

v.

AMERICAN UNIVERSITY,

                Defendant.

No. 1:20-CV-01141-CRC

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, and

(2) the Declaration of Paul J. Doolittle, and the exhibits attached thereto (including the Parties'

Class Action Settlement Agreement), Plaintiffs Maaz Qureshi, Danish Arif, and Matthew

Rabinowitz, through their undersigned attorneys, will move this Court, before the Honorable Judge

Christopher R. Cooper, United States Circuit Court Judge, at the E. Barrett Prettyman Courthouse,

333 Constitution Avenue, N.W., Washington D.C., for an Order, pursuant to Federal Rule of Civil

Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii)

provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in

connection with the settlement process defined as:

> "All American University undergraduate students enrolled during the Spring 2020
> Semester for whom any amount of tuition and fees were paid from any source other
> than a scholarship/grant from American (*e.g.* the student's own funds, funding from
> a parent, or other family member, loan, or non-American scholarship/grant) to
> Defendant for the Spring 2020 Semester, and whose tuition or fees have not been
> refunded in their entirety prior to this Settlement. For the avoidance of doubt, any

students who received full scholarships from AU or otherwise were not obligated to make contributions, payments, or third-party arrangements towards tuition or fees for the Spring 2020 Semester are excluded from the Settlement Class."

(iii) appointing the Poulin | Willey | Anastopoulo, LLC; Bursor & Fisher, P.A. Law Firm, and Leeds Brown, P.C. Law Firm as Class Counsel; (iv) appointing Plaintiffs as the Class Representatives for the Settlement Class; (v) approving the Notice Plan for the Class Action Settlement described in the Class Action Settlement Agreement and its Exhibits, as well as the specific Notice of Class Action and Proposed Settlement (the "Proposed Notice"), attached as Exhibits A - D to the Settlement Agreement, and directing distribution of the Proposed Notice; and (vi) granting such other, further, or different relief as the court deems just and proper.

A proposed Order to grant preliminary approval of the Settlement is attached to the accompanying Declaration of Paul J. Doolittle in support of the motion.

Oral argument is requested to the extent desired by the Court.

Date: October 25, 2023

Respectfully Submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

/s/  Paul Doolittle
Paul J. Doolittle
Blake G. Abbott
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Paul.doolittle@poulinwilley.com
Blake.abbott@poulinwilley.com

**BURSOR & FISHER, P.A.**
/s/  Sarah N. Westcot
Sarah N. Westcot
701 Brickell Avenue, Suite 1420
Miami, FL 33131

Tel: (305) 330-5512
Facsimile: (305) 676-9006
Email: swestcot@bursor.com

**LEEDS BROWN LAW, P.C.**
/S/ MICHAEL TOMPKINS
Michael Tompkins
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
Email: Mtompkins@leedsbrownlaw.com