IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAAZ QURESHI, MATTHEW RABINOWITZ, DANISH ARIF et al., individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br> v.<br><br>AMERICAN UNIVERSITY,<br><br>      *Defendant*. | No. 1:20-CV-01141-CRC |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS

AND NOW, this 7th day of May, 2024, upon consideration of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Incentive Awards, all exhibits and declarations attached thereto, any opposition thereto, and arguments of counsel, if any, and for good cause show, it is hereby ORDERED that:

1. Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Incentive Awards is **GRANTED** in full.

2. Class Counsel is entitled to reasonable attorneys' fees, which the Court finds to be $1,812,818.70.  This sum shall be paid out of the Settlement Fund in accordance with the provisions of the Settlement Agreement.

3. Class Counsel is entitled to reimbursement of litigation-related costs and expenses, which the Court finds to be $157,285.34.  This sum shall be paid out of the Settlement Fund in accordance with the provisions of the Settlement Agreement.

4. The Class Representatives in this action initiated their respective lawsuits, acted to protect the Class, and assisted their counsel.  Class Representatives Maaz Qureshi, Matthew Rabinowitz, and Danish Arif are each entitled to a service award of $7,500.

These sums shall be paid out of the Settlement Fund in accordance with the provisions of the Settlement Agreement.

Dated: May 7, 2024

                                                                                                  _____
The Honorable Christopher R. Cooper
United States District Judge